Exhibit 2 to the Complaint – claim chart for Dogtra.

**Preliminary Infringement Contention**
**U.S. Patent No. US 9,261,365 v. Dogtra**
**Claim 1 (exemplary)**

Exhibit 2 to the Complaint – claim chart for Dogtra.

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A method for receiving location information at a positional information device, the method comprising: | Dogtra ("Company") performs and induces others to perform a method for receiving location information at a positional information device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides GPS collars including, but not limited to, Pathfinder2 TRX GPS collar (taken here as an exemplary product), Pathfinder2 Mini collar, and Pathfinder2 collar to be worn by a dog. Further, the collar is paired with a PathFinder application through a receiver device, PathFinder2 GPS connector. Furthermore, the application allows a dog trainer to access the dog's location information ("receiving location information at a positional information device") from their mobile device, where the application is installed. To receive the dog's location data, the dog trainer needs to turn on the GPS on the mobile device and establish a connection with the receiver device. |

Exhibit 2 to the Complaint – claim chart for Dogtra.

# GPS TRACKING & TRAINING COLLARS

The Dogtra PATHFINDER family of GPS tracking collars for hunting dogs is packed with features and industry leading accuracy that delivers modern technology directly to your smartphone. Our **GPS tracking collars for hunting dogs** currently come in three different models: PATHFINDER2, PATHFINDER2 TRX, and PATHFINDER MINI. These tracking collars & equipment allow hunters, professional handlers, and K-9 and military officers to track as many as 21 dogs with a range of up to 9 miles. Whether the trainer is running exercises, out in the field, or attending competitions, never has there been a more responsive, accurate, and convenient way to track and train dogs.

Source: https://www.dogtra.com/products/tracking-and-training

3

Exhibit 2 to the Complaint – claim chart for Dogtra.



Source: https://www.dogtra.com/products/dogtra-parts/pathfindertrx-additional-gpsonly-collar

4

Exhibit 2 to the Complaint – claim chart for Dogtra.



Source: https://www.youtube.com/watch?v=ITeiCmJf5Do, at 1:45

5

Exhibit 2 to the Complaint – claim chart for Dogtra.




Exhibit 2 to the Complaint – claim chart for Dogtra.

Source: https://www.dogtra.com/cache/DOC133_PATHFINDER2series_USA20230306REDUCED.pdf?20230308042711, Page 9 (annotated)



Source: https://www.youtube.com/watch?v=CpuTyeLsH8Q, at 2:06

7

Exhibit 2 to the Complaint – claim chart for Dogtra.



Source: https://www.youtube.com/watch?v=ITeiCmJf5Do, at 16:16 (annotated)

Further, to the extent this element is performed at least in part by Company's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

8

Exhibit 2 to the Complaint – claim chart for Dogtra.

| | |
|---|---|
| [1.1] sending a request from a requesting positional information device to a server for at least one address stored in at least one sending positional information device, the request including a first identifier of the requesting positional information device | Company performs and induces others to perform the step of sending a request from a requesting positional information device to a server for at least one address stored in at least one sending positional information device, the request including a first identifier of the requesting positional information device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Pathfinder application installed in the mobile device ("requesting positional information device") allows the dog trainer to access ("sending a request") the location information of the dog sent by the GPS collar ("sending positional information device") worn by the dog. Therefore, it would be apparent to a person having ordinary skill in the art that a request is sent from the mobile device to a server for retrieving the dog's location data ("at least one address stored in at least one sending positional information device").<br><br>Further, the application displays an icon on a map indicating the location of the dog trainer along with the dog's location. Therefore, it would be apparent to a person having ordinary skill in the art that the request includes the mobile device identification data such as the location information ("a first identifier of the requesting positional information device"). |

Exhibit 2 to the Complaint – claim chart for Dogtra.



Source: https://www.youtube.com/watch?v=XPaA0UGzWEE, at 7:37 (annotated)

Exhibit 2 to the Complaint – claim chart for Dogtra.



11

Exhibit 2 to the Complaint – claim chart for Dogtra.

Source: https://www.dogtra.com/cache/DOC133_PATHFINDER2series_USA20230306REDUCED.pdf?20230308042711, Page 6 (annotated)



12

Exhibit 2 to the Complaint – claim chart for Dogtra.

| | |
|---|---|
| | Source: https://www.dogtra.com/cache/DOC133_PATHFINDER2series_USA20230306REDUCED.pdf?20230308042711, Page 10 (annotated)<br><br>Further, to the extent this element is performed at least in part by Company's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.2] receiving at the requesting positional information device, from the server, a retrieved at least one address to the requesting positional information device wherein the server | Company performs and induces others to perform the step of receiving at the requesting positional information device, from the server, a retrieved at least one address to the requesting positional information device wherein the server determines a second identifier for identifying the at least one sending positional information device based on the received first identifier and retrieves the requested at least one address stored in the identified at least one sending positional information device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Pathfinder application allows the dog trainer to view the location of the dog ("retrieved at least one address to the requesting positional information device") displayed on the map. Therefore, it would be apparent to a person having ordinary skill in the art that the retrieved location data is received from the server.<br><br>Further, the application allows the trainer to track multiple dogs wearing the GPS collars ("at least one sending positional information device"). When the application is paired with the GPS Connector which is further paired with the collars, a link is established between the collars and the application, such that the mobile device stores the identification information for different collars. Therefore, it would be apparent to a person having ordinary skill in the art that when the trainer accesses the location of a specific dog ("based on the received first identifier"), the server determines the identification information ("second identifier") for identifying the specific GPS collar ("identifying the at least one |

13

Exhibit 2 to the Complaint – claim chart for Dogtra.

| | |
|---|---|
| determines a second identifier for identifying the at least one sending positional information device based on the received first identifier and retrieves the requested at least one address stored in the identified at least one sending positional information device. | sending positional information device") and provides the relevant location data to be displayed on the map ("retrieves the requested at least one address stored in the identified at least one sending positional information device").   retrieved at least one address to the requesting positional information device<br><br>Source: https://www.youtube.com/watch?v=CpuTyeLsH8Q, at 2:46 (annotated) |

14

Exhibit 2 to the Complaint – claim chart for Dogtra.



Source: https://www.youtube.com/watch?v=N59OAxRY9eQ, at 0:09 (annotated)

15

Exhibit 2 to the Complaint – claim chart for Dogtra.



identifying the at least one sending positional information device

Source: https://play.google.com/store/apps/details?id=com.dogtra.gspathfinder&hl=en&gl=US (annotated)

Further, to the extent this element is performed at least in part by Company's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

16

Exhibit 2 to the Complaint – claim chart for Dogtra.

## 2. List of References

1. https://www.dogtra.com/cache/DOC133_PATHFINDER2series_USA20230306REDUCED.pdf?20230308042711, last accessed on 09 April, 2024.
2. https://www.youtube.com/watch?v=ITeiCmJf5Do, last accessed on 09 April, 2024.
3. https://www.youtube.com/watch?v=CpuTyeLsH8Q, last accessed on 09 April, 2024.
4. https://www.youtube.com/watch?v=XPaA0UGzWEE, last accessed on 09 April, 2024.
5. https://www.youtube.com/watch?v=N59OAxRY9eQ, last accessed on 09 April, 2024.
6. https://www.dogtra.com/products/tracking-and-training, last accessed on 09 April, 2024.
7. https://www.dogtra.com/products/dogtra-parts/pathfindertrx-additional-gpsonly-collar, last accessed on 09 April, 2024.
8. https://play.google.com/store/apps/details?id=com.dogtra.gspathfinder&hl=en&gl=US, last accessed on 09 April, 2024.