IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, § § § | Case No: 8:24-cv-844 |
| Plaintiff, § § | PATENT CASE |
| vs. § § | JURY TRIAL DEMANDED |
| SOS CO., INC. D/B/A/ DOGTRA CO. § § | |
| Defendants. § § | |

### ORDER

The Court, having considered Plaintiff's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff Social Positioning Input Systems, LLC's Complaint, GRANTS the Motion.

Accordingly, it is hereby ORDERED that the deadline for Defendant to submit its Answer or Response to the Complaint shall be extended up to and including June 10, 2024.

IT IS SO ORDERED.