Randall T. Garteiser (CA State Bar No. 231821)
  rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
  chonea@ghiplaw.com
GARTEISER HONEA – IP TRIAL BOUTIQUE
119 W Ferguson, Tyler, TX  75702
Telephone: (888) 908-4400

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SOS CO., INC. D/B/A/ DOGTRA CO. <br><br> Defendants. | Case No: 8:24-cv-844 <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR TIME TO ANSWER COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant SOS Co., Inc. d/b/a Dogtra Co. ("Defendant") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff Social Positioning Input Systems, LLC's ("Plaintiff") Complaint.

Service of Process was effected on Gerald Kim, General Counsel for Defendant and designated by law to accept service of process on behalf of Defendant on April 18, 2024. On May 13, 2024, the Court approved an Unopposed Motion for Time to Answer Complaint (Dkt. No. 14). As such, Defendant's current deadline to Respond to the Complaint is June 10, 2024.

Good cause exists to grant this extension. The parties are currently in settlement discussions and drafts of a settlement agreement have been exchanged between counsel for the parties. Thus, Defendant has requested and Plaintiff does not oppose a 14-day extension of this deadline to June 24, 2024.  The present request is not offered for the purpose of delay or advantage.

1

A proposed order is included herewith.

| | |
|---|---|
| Dated: June 10, 2024 | Respectfully filed and served,<br>GARTEISER HONEA, PLLC<br><br>*/s/ Randall Garteiser*<br>Randall Garteiser<br>CA State Bar No. 231821<br>rgarteiser@ghiplaw.com<br>Christopher A. Honea<br>CA State Bar No. 232473<br>chonea@ghiplaw.com<br>**GARTEISER HONEA, PLLC**<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>Telephone: (903) 705-7420<br><br>**Attorneys for Plaintiff** |

### CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated it does not oppose the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Randall Garteiser*
Randall Garteiser