Randall T. Garteiser (CA State Bar No. 231821)
  rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
  chonea@ghiplaw.com
GARTEISER HONEA – IP TRIAL BOUTIQUE
119 W Ferguson, Tyler, TX  75702
Telephone: (888) 908-4400

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>SOS CO., INC. D/B/A/ DOGTRA CO.<br><br>     Defendants. | Case No: 8:24-cv-844<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

In response to the Court's order to show cause, Plaintiff writes to inform that Court that the parties have resolved their dispute and the result is Plaintiff filing a voluntary dismissal with prejudice.

Dated: June 27, 2024            Respectfully filed and served,
                                GARTEISER HONEA, PLLC

                                */s/ Randall Garteiser*
                                Randall Garteiser
                                CA State Bar No. 231821
                                rgarteiser@ghiplaw.com
                                Christopher A. Honea
                                CA State Bar No. 232473
                                chonea@ghiplaw.com
                                **GARTEISER HONEA, PLLC**
                                119 W. Ferguson Street
                                Tyler, Texas 75702

1

Telephone: (903) 705-7420

**Attorneys for Plaintiff**

### CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated it does not oppose the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Randall Garteiser*
Randall Garteiser